IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CARA SHARP,

        Plaintiff,

v.                          Case No. 07-406-KGS

RON E. BROWN, *et al.*,

        Defendants.

## ORDER

This matter comes before the court upon movant Kansas Insurance Department's Motion to Quash (Doc.1). Defendant Assurance Company, the entity that issued the subpoena, filed a response on July 2, 2007 (Doc. 3), indicating that it had no objection to the motion to quash and "is hereby withdrawing the subpoena at issue served upon the Kansas Department of Insurance[.]"[1] Upon a full review, the court finds that further replies are not necessary and is prepared to rule. The court finds that the instant Motion to Quash (Doc. 1) should be withdrawn as moot and that this case be closed. Accordingly,

**IT IS THEREFORE ORDERED** that movant Kansas Insurance Department's Motion to Quash (Doc.1) is hereby withdrawn as moot.

**IT IS FURTHER ORDERED** that this case is hereby dismissed, with each party to bear their own costs.

---

[1] Defendant Assurance Company of America's Response to Kansas Department of Insurance's Motion to Quash (Doc. 3) at p. 1.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
